WALTER J. HERZFELD and Others v. MILTON E. GILES & COMPANY and Others, Impleaded with UNITED STATES STEEL CORPORATION.— Motion for leave to

appeal to the Court of Appeals denied, with ten dollars costs. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

